AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| KATHLEEN SHORT | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 21cv14027 |
| UBER TECHNOLOGIES, INC. | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Uber Technologies, INC
c/o CT Corporation System, Registered Agent
1200 South Pine Island Rd.
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brandon J. Hill, Attorney for Plaintiff
Wenzel Fenton Cabassa, P.A.
1110 N. Florida Avenue, Ste. 300
Tampa, FL 33602
Direct Dial: (813) 337-7992
bhill@wfclaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Feb 3, 2021

Angela E. Noble
Clerk of Court

s/ Mary Etienne
Deputy Clerk
U.S. District Courts